# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
V.
BILL DWAYNE DULEN

**COMMITMENT TO ANOTHER DISTRICT**

FILED DEC 8 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED 2008 DEC -8 PM 2:48 UNITED STATES MARSHAL CALIFORNIA - DISTRICT OF OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70836-WDB | 2:08-cr-105-TS-01 | 4-08-70836-WDB | 2:08-cr-105-TS-01 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
[X] Indictment   [ ] Information   [ ] Complaint   [ ] Other (specify)

charging a violation of Title 18 U.S.C. § 2251(a) and 2252A(a)(5)(B)

**DISTRICT OF OFFENSE**
United States District Court, District of Utah, Central Division, Salt Lake City

**DESCRIPTION OF CHARGES:**

- Production of Child Pornography (Count 1)
- Possession of Child Pornography (Count 2)

**CURRENT BOND STATUS:**

[ ] Bail Fixed at ___ and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[X] Government moved for detention and defendant detained pending detention hearing in District of Offense
[X] Other (specify) On Dec. 8, 2008, the deft. waived his Identity/Removal Hrg. & Detention Hrg. in the District of Arrest, reserving his rights to revisit the matter of detention de novo in the District of Arrest.

**Representation:**  [ ] Retained Own Counsel   [X] Federal Defender Organization   [ ] CJA Attorney   [ ] None

**Interpreter Required?**   [X] No   [ ] Yes   Language: ___

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/8/09
Date

_/s/ Wayne D. Brazil_
United States Judge or Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: WDB's file
2 certified copies to marshal to be shipped to marshal via FedEx. original stays